# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JESUS RENE GONZALEZ,

    Petitioner,

vs.

D.W. NEVEN, *et al.*,

    Respondents.

Case No. 2:14-cv-00471-GMN-VCF

**ORDER**

    This is a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Respondents have filed a motion for enlargement of time to respond to the first amended petition (ECF #12). Good cause appearing, respondents' motion is granted.

    **IT THEREFORE IS ORDERED** that respondents' motion for an enlargement of time to file a response to the amended petition (ECF #12) is **GRANTED**. Respondents shall have up to and including February 28, 2015, to file their response.

    **IT FURTHER IS ORDERED** that petitioner's motion for enlargement of time to file an amended petition (ECF #9) is **GRANTED** *nunc pro tunc*.

    **DATED** this 30th day of December, 2014.

_____
Gloria M. Navarro, Chief Judge
United States District Court