1  ADAM PAUL LAXALT
   Attorney General
2  MICHAEL J. BONGARD
   Nevada Bar No. 007997
3  Deputy Attorney General
   Criminal Justice Division
4  1539 Avenue F, Suite 2
   Ely, Nevada 89301
5  Telephone: (775) 289-1630
   mbongard@ag.nv.gov
6  Attorney for Respondent

7

8                      IN THE UNITED STATES DISTRICT COURT

9                              FOR THE DISTRICT OF NEVADA

10

11  JESUS RENE GONZALEZ,              )
                                      )          Case No. 2:14-cv-471-GMN-VCF
12                  Petitioner,       )
                                      )          **MOTION FOR ENLARGEMENT OF**
13       vs.                          )          **TIME (SECOND REQUEST)**
                                      )
14                                    )                  **AND ORDER**
                                      )
15  D.W. NEVEN, *et al.*              )
                                      )
16                  Respondents.      )
                                      )
17  _____

18        Respondents, by and through counsel, ADAM PAUL LAXALT, Attorney General of The State

19  of Nevada, and MICHAEL J. BONGARD, Deputy Attorney General, hereby move this honorable

20  Court for a thirty (30) day enlargement of time, up to and including March 30, 2015, in which to file an

21  answer to Petitioner's First Amended Petition for Writ of Habeas Corpus. This response is currently

22  due on February 28, 2015.

23  . . .

24  . . .

25  . . .

26  . . .

27  . . .

28  . . .

1  This motion is made and based upon the provisions of Rule 6(b) of the Federal Rules of Civil
2  Procedure and the attached affidavit of counsel.  This is Respondent's second request for an extension
3  of time in which to file an answer and is made in good faith and not for purposes of delay.
4      RESPECTFULLY SUBMITTED this 26th day of February 2015.

ADAM PAUL LAXALT
Attorney General

By: /s/ Michael J. Bongard
    MICHAEL J. BONGARD
    Nevada Bar No. 007997
    mbongard@ag.nv.gov
    Deputy Attorney General
    Criminal Justice Division
    1539 Ave F
    Ely, Nevada 89301
    (775) 289-1630

**IT IS SO ORDERED, nunc pro tunc.**

_____
Gloria M. Navarro, Chief Judge
United States District Court

**DATED:  04/21/2015**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

JESUS RENE GONZALEZ,

        Petitioner,

vs.

D.W. NEVEN, *et al.*

        Respondents.

Case No. 2:14-cv-471-GMN-VCF

**AFFIDAVIT OF COUNSEL**

STATE OF NEVADA    )
                              : ss.
WHITE PINE COUNTY  )

    I, MICHAEL BONGARD, being first duly sworn according to law, hereby state that the assertions of this affidavit are true:

    1.    I am a Deputy Attorney General employed by the Attorney General's Office of the State of Nevada in the Criminal Justice Division, and I make this affidavit on behalf of Respondents' Motion for Enlargement of Time (Second Request) in the above captioned case. By this motion, I am requesting a thirty (30) day enlargement of time, to and including March 30, 2015, to file and serve Respondent's Answer to First Amended Petition for Writ of Habeas Corpus.

    2.    Your Affiant has unexpectedly been called out of state on personal business and will be out of the office the week of February 16, 2015. When Respondent returns to the office an answer to First Amended Petition will be due in USDC in *Brown v. McDaniel*, Case No. 3:09-cv-557-LRH-VPC, answer to Petition due in USDC in *Hendrix v. State of Nevada, et al.*, Case No. 3:14-cv-576-MMD-VPC and a response to remaining grounds in State Habeas Corpus in 7th Judicial District Court, *Andre Breland v. Renee Baker, Warden, ESP*, Case No. HC-1407008, all due before the end of March. Respondent will also be preparing for a preliminary hearing in an Ely Justice Court case *State v. Jacob Tilp*, Case No. 14-00114, set for March 12, 2015. Respondent is also scheduled to teach P.O.S.T. Academy classes at Ely State Prison on March 9th, 12th and 16th, 2015.

Office of the
Attorney General
1539 Avenue F
Ely, Nevada 89301

3. Petitioner's counsel at the Federal Public Defender's Office was contacted on February 11, 2015, and has expressed no objection to the motion.

4. The additional thirty days are needed to review the exhibits to properly respond to the petition in order for the court to make a fully informed determination of the allegations made by petitioner.

This motion is made in good faith and not for purposes of undue delay.

DATED this 25th day of February 2015.

_____
MICHAEL J. BONGARD

SIGNED AND SWORN to before me this 25th day of February 2015, by MICHAEL J. BONGARD.

_____
NOTARY PUBLIC

SHIRLEY A. SUMMERS
NOTARY PUBLIC
STATE OF NEVADA
No. 00-64579-17  My Appt. Exp. May 11, 2016

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 26th day of February 2015, I served a copy of the foregoing Motion for Enlargement of Time (Second Request) by U. S. District Court CM/ECF Electronic Filing, to:

Megan Hoffman
Asst Federal Public Defender
411 E. Bonneville Ave
Suite 250
Las Vegas, Nevada 89101

/s/Shirley Summers
An Employee of the Office of the Attorney General

5